Jorge Vincente **PALOMINO-AGREDA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–71353.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Sara M. McVicker, Esquire, Salgado & Associates, PLLC, Luis F. Salgado, Esquire, Washington, DC, for Petitioner.

Janet A. Bradley, Esquire, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Jorge Vincente Palomino–Agreda, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals'

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

("BIA") order dismissing his appeal from an immigration judge's removal order. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary denial of Palomino–Agreda's application for adjustment of status. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Bazua–Cota v. Gonzales,* 466 F.3d 747, 748 (9th Cir.2006) (per curiam).

We also lack jurisdiction to consider Palomino–Agreda's remaining contentions because he failed to exhaust them before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.